IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| **JOI ELISABETH HEBRON** § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No.: 5:25-CV-00800-JKP-HJB |
| § | |
| **CITY OF SAN ANTONIO** § | |
| *Defendant* § | |
| § | |

### JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME Plaintiff, Joi Elisabeth Hebron, and Defendant, City of San Antonio, and files this ADR Report. The parties will respectfully show the following:

1. Pursuant to the Court's scheduling order and Local Rule CV-88, the Parties submit this Alternative Dispute Resolution (ADR) report. The Parties represent to the court that discovery will be needed before Plaintiff and Defendant would be in a position to proceed to ADR for this case. Therefore, ADR would not be appropriate at this time.

2. Plaintiff's counsel of record, Markes Kirkwood, is responsible for settlement negotiations on behalf of the Plaintiff. Mr. Kirkwood has authority to settle all claims in consultation with Plaintiff JOI ELISABETH HEBRON. If any settlement negotiations are to be entered into in the future, Assistant City Attorney Elizabeth Guerrero-Southard is the person primarily responsible for those discussions on behalf of Defendant COSA. No settlement discussions have occurred in this case. Defendant Robert Garcia's counsel of record, Mark Kosanovich, is responsible for settlement negotiations on behalf of the Defendant. Mr. Kosanovich has authority to settle all claims in consultation with Defendant ROBERT GARCIA.

3. The Parties agree that the preferred method of ADR appropriate for this case is mediation. The parties have agreed to Phylis J. Speedlin as mediator. Further, the Parties agree that the fees charged by the agreed upon mediator shall be shared equally by the Parties. The Parties shall cause the selected mediator to submit a notice of the outcome of the mediation of this cause of action in compliance with Rule CV-88(g).

**RESPECTFULLY SUBMITTED BY:**

LAW OFFICES OF MARKES E. KIRKWOOD P.L.L.C.

*/s/ Markes E. Kirkwood*
Markes E. Kirkwood
LAW OFFICES OF MARKES E. KIRKWOOD P.L.L.C.
2600 McCullough Avenue
San Antonio, Texas 78212
(210) 532-1000; Telephone
(210) 572-7575; Facsimile
Email: kirkwoodmarkes@yahoo.com
**ATTORNEYS FOR PLAINTIFF
JOI ELISABETH HEBRON**

FITZPATRICK & KOSANOVICH, P.C.

*/s/ Mark Kosanovich*
Mark Kosanovich
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, TX 78283
(210) 408-6793; Telephone
(210) 408-6797; Facsimile
Email: mk@fitzkoslaw.com
**ATTORNEY FOR DEFENDANT
ROBERT GARCIA**

OFFICE OF THE CITY ATTORNEY

*/s/ Elizabeth Guerrero-Southard*
Elizabeth Guerrero-Southard
SBN: 24032376
203 S. St. Mary's Street, 2nd Floor
San Antonio, Texas 78205
(210) 207-2108; Telephone
(210) 207-4357; Facsimile
Email: Elizabeth.guerrero-southard@sanantonio.gov
**ATTORNEYS FOR DEFENDANT
CITY OF SAN ANTONIO**